# ROSICKI, ROSICKI & ASSOCIATES, P.C.
## ATTORNEYS AT LAW
Main Office 51 E Bethpage Road
Plainview, NY 11803
Telephone: (516) 741-2585
Facsimile: (516) 873-7243

October 4, 2017

Chambers of the Honorable Robert D. Drain
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   **Debtor: Sandra Himmelstein**
      **Bankruptcy Case No.: 17-22896-rdd**
      **Chapter: 13**

Dear Judge Drain:

This loss mitigation status letter is submitted on behalf of Federal National Mortgage Association ("Fannie Mae"), a secured creditor of the above referenced Debtor.

The Debtor's counsel submitted certain documents to our firm. Upon reviewing, the documents submitted our client has advised that it appears that the Debtor does not live in the collateral address. As per Tax Returns, paystubs, bank statements, w-2 and 1099, the Debtor lives at 99 North Middleton Rd, Pearl River, New York 10965. Tax returns also include collateral address on schedule E. The non-obligor Grandson appears to live in collateral address as they paystubs he provided have the collateral address on them. Our office provided this information to the Debtor counsel and if this is the case, the Debtor needs to provide a lease agreement and proof of receipt of that income.

Should your Honor have any questions, please feel free to contact me. Thank you.

Very truly yours,

Seung Woo Lee, Esq.
Rosicki, Rosicki and Associates, P.C.

cc:   Robert S. Lewis, Esq.
      Jeffrey L Sapir, Esq.