# ROSICKI, ROSICKI & ASSOCIATES, P.C.
### ATTORNEYS AT LAW
### Main Office 51 E Bethpage Road
### Plainview, NY 11803
### Telephone: (516) 741-2585
### Facsimile: (516) 873-7243

June 19, 2018

Chambers of the Honorable Robert D. Drain
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   Debtor: SANDRA HIMMELSTEIN
      Bankruptcy Case No.: 17-22896 rdd
      Chapter: 13

Dear Judge Robert D. Drain:

The loss mitigation status letter is submitted on behalf of Selene Finance, LP, a creditor of the above referenced Debtor.

The creditor has completed its review and has denied Debtor's request for loss mitigation. The creditor advised that the denial is due to excessive obligations in relation to income, the post modification debt to income ratio is 126.4%. It is recommended that the borrower reapply and provide all updated documents as well as have her grandson, who resides in the property, provide a full financial application and agree to assume the mortgage with his grandmother.

Very truly yours,

Lisa Singer, Esq
Rosicki, Rosicki and Associates, P.C.

cc:   *Robert S. Lewis, Esq*
      *Krista M. Preuss, Esq.*
      .