LAW OFFICES
ROBERT S. LEWIS, P.C
ATTORNEYS AND COUNSELORS AT LAW
53 BURD STREET
NYACK, NEW YORK 10960

-------

[ROBERT.LEWLAW1@GMAIL.COM](mailto:ROBERT.LEWLAW1@GMAIL.COM)
(845) 358-7100
FAX: (845) 353-6943

June 20, 2018

Honorable Robert D. Drain
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

*RE:    In re Sandra Himmelstein*
*       Case No.: 17-22896*

Dear Judge Drain:

Please allow this letter to serve as a Status Report for the above referenced Debtor's Loss Mitigation with regards to servicer Seterus Inc. and new transferee Selene Finance, LLC, (lender).

In response to the status report filed on June 19, 2018 by Lisa Singer, Esq., our office has discussed same with the debtor and her grandson Michael Polloni and will be re-applying with a new application as suggested allowing Mr. Polloni to assume the mortgage in order to be approved for a Loan Modification.

Thank you for your attention to this matter.

Very truly yours

/s/ Jasmine M. Rosa
JASMINE M. ROSA/ Legal Assistant
Law Office of Robert S. Lewis, PC

Cc: Lisa Singer, Esq.