LAW OFFICES
ROBERT S. LEWIS, P.C
ATTORNEYS AND COUNSELORS AT LAW
53 BURD STREET
NYACK, NEW YORK 10960

-------

ROBERT.LEWLAW1@GMAIL.COM
(845) 358-7100
FAX: (845) 353-6943

August 27, 2018

Honorable Robert D. Drain
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**RE:    *In re Sandra Himmelstein*
        *Case No.: 17-22896***

Dear Judge Drain:

Please allow this letter to serve as a Status Report for the above referenced Debtor's Loss Mitigation with regards to servicer Seterus Inc. and new transferee Selene Finance, LLC, (lender).

As you may recall from the last Loss Mitigation conference the debtor was denied due to the excessive obligations as her debt to income ratio was 126.4%. The debtor's grandson Michael Polloni is willing and able to assume the mortgage appropriately, but has been delayed in providing necessary documents due to personal family issues.

It is requested that the court allow Mr. Polloni one week to provide the necessary documents, so that we may simply determine eligibility.

Thank you for your kind consideration to this matter.

                                                  Very truly yours

                                                  /s/ Jasmine M. Rosa
                                        JASMINE M. ROSA/ Legal Assistant
                                        Law Office of Robert S. Lewis, PC

Cc: Lisa Singer, Esq.