LAW OFFICES
ROBERT S. LEWIS, P.C
ATTORNEYS AND COUNSELORS AT LAW
53 BURD STREET
NYACK, NEW YORK 10960

-------

ROBERT.LEWLAW1@GMAIL.COM
(845) 358-7100
FAX: (845) 353-6943

September 7, 2018

Honorable Robert D. Drain
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**RE:**   **In re Sandra Himmelstein**
         *Case No.: 17-22896*

Dear Judge Drain:

As you may recall, at the above referenced Debtor's Confirmation hearing and Loss Mitigation conference held on August 29, 2018, you instructed that our office have the debtor become current with trustee payments and satisfy Selene Finance, LLC (secured creditor/lender) document request.

Please be advised that the debtor is now current, having paid all arrears owed to the trustee as of September 6, 2018 and our office has provided Michael Polloni's (debtors grandson) pay information within the new application submitted to lender attorney on September 7, 2018 by email.

If you should have any questions or concerns, please do not hesitate to contact this office.

Thank you for your attention to this matter.

                                    Very truly yours,

                                    /s/ Jasmine M. Rosa
                                    JASMINE M. ROSA/ Legal Assistant

RSL/jmr
C: Lisa Singer, Esq.
Krista Preuss