# ROSICKI, ROSICKI & ASSOCIATES, P.C.
### ATTORNEYS AT LAW
### Main Office 51 E Bethpage Road
### Plainview, NY 11803
### Telephone: (516) 741-2585
### Facsimile: (516) 873-7243

September 10, 2018

Chambers of the Honorable Robert D. Drain
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   **Debtor: SANDRA HIMMELSTEIN**
      **Bankruptcy Case No.: 17-22896 rdd**
      **Chapter: 13**

Dear Judge Robert D. Drain:

The loss mitigation status letter is submitted on behalf of Selene Finance, LP, a creditor of the above referenced Debtor.

Documents have been received from Debtor, however; In order to include a non-borrower's income, that non borrower must agree to assume the loan through the modification. Therefore, a full financial package is needed from Michael Pollini. Also, as previously submitted documents have become stale updated financials are required. Below is the list of documents needed in order for the bank to complete their review:

SANDRA HIMMELSTIEN
- HARDSHIP LETTER
- 4506T
- 2 MONTHS MOST RECENT BANK STATEMENTS
- 2017 1040
- 2017 W2/1099
- LAST 30 DAYS WORTH OF PAYSTUBS
- SSI AWARD LETTER

MICHAEL POLLONI
- SIGNED AND DATED LOSS MITIGATION APPLICATION
- 4506T
- 2016 AND 2017 BUSINESS TAX RETURNS
- 2016 AND 2017 PERSONAL TAX RETURNS
- 2016 W2

- LAST 30 DAYS WORTH OF PAYSTUBS
- 6 MONTHS MOST RECENT PERSONAL BANK STATEMENTS

Should your Honor have any questions please feel free to contact me. Thank you.

        Very truly yours,
        Rosicki, Rosicki and Associates, P.C.

        /s/Lisa Singer
        Lisa Singer, Esq., Of Counsel

cc:    *Robert S. Lewis, Esq*
       *Krista M. Preuss, Esq. .*